JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL K. PORTER, an individual;<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED PARCEL SERVICE, INC., a corporate entity form unknown; and DOES 1-50, inclusive,<br><br>    Defendants. | Case No.: CV 21-5349-GW-MARx<br>Assigned for all purposes to the<br>Hon. George H. Wu<br><br>**ORDER GRANTING PARTIES' JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. RULE 41** |

[PROPOSED] ORDER GRANTING PARTIES' JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. RULE 41

1

Based on stipulation of the parties, IT IS HEREBY ORDERED that Plaintiff Samuel K Porter's entire action as against all parties is dismissed with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii) and Rule 41(a)(1)(B) and that each party shall bear its own costs and fees.

**IT IS SO ORDERED**

Dated: July 21, 2022

_____
Honorable George H. Wu
United States District Judge

---

**[PROPOSED] ORDER GRANTING PARTIES' JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. RULE 41**

2